AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

United States of America,
           Plaintiff,

v.

Sarah L. Miller,
           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00300-KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendant in the amount of $125,483.91 in principal and $62,848.41 in accrued interest.

10/27/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk